## HALE v. STATE.
### No. 22348.

Court of Criminal Appeals of Texas.
Jan. 13, 1943.

Nat Gentry, Jr., of Tyler, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Under his plea of guilty for the unlawful sale of whisky, in a dry area, appellant was assessed a fine of $100.

The record before us is without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## HALE v. STATE.
### No. 22349.

Court of Criminal Appeals of Texas.
Jan. 13, 1943.

Nat Gentry, Jr., of Tyler, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a plea of guilty to a violation of the liquor laws with a penalty of fifteen days in jail.

The record is before us without bills of exception or statement of facts.

The procedure is regular and the judgment of the trial court is affirmed.